IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS BECHTEL, | : | |
| Petitioner, | : | 1:15-cv-0770 |
| v. | : | Hon. John E. Jones III |
| | : | |
| VINCENT MOONEY, et al., | : | |
| Respondents. | : | |

# ORDER

**June 28, 2016**

**NOW THEREFORE**, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED IN PART and DISMISSED IN PART.

2. The portion of the petition challenging Petitioner's judgment of sentence is DENIED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d). There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

3. The portion of the petition challenging the denial of parole is DISMISSED as moot.

4. The Clerk of Court is directed to CLOSE this case.

                                                s/ John E. Jones III
                                                John E. Jones III
                                                United States District Judge